```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 21728
  TRACY L HOWE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

       Debtor
  SSN XXX-XX-0108


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/07/04 and confirmed on 08/06/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  30456.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE    SECURED            7275.00          483.36       7275.00
BOMBAY CO                  UNSECURED        NOT FILED             .00           .00
CAPITAL ONE FINANCIAL      UNSECURED          22313.99            .00       6855.35
CASUAL CORNER GROUP        UNSECURED        NOT FILED             .00           .00
EXXON MOBILE               UNSECURED        NOT FILED             .00           .00
BANK ONE DELAWARE NA       UNSECURED           6822.84            .00       2096.13
ECAST SETTLEMENT CORPORA   UNSECURED          24507.46            .00       7529.23
WELLS FARGO FINANCIAL IN   UNSECURED           1019.86            .00        313.32
TIRES PLUS                 UNSECURED        NOT FILED             .00           .00
NISSAN MOTOR ACCEPTANCE    UNSECURED           7398.35            .00       2272.94
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7275.00          .00      62062.50          .00       69337.50
PRINCIPAL PAID      7275.00          .00      19066.97          .00       26341.97
INTEREST PAID        483.36          .00           .00          .00         483.36
TOTAL PAID          7758.36          .00      19066.97          .00       26825.33
The Debtor's attorney, JENNIFER A BLANC            , was allowed $    2596.00
and was paid $    250.00  direct and $   2346.00  through the plan.

The Trustee received $   1284.67 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/15/07 /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 21728 TRACY L HOWE